# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAPITOL INSURANCE COMPANY | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 10-CV-1195 |
| | : | |
| CHARLES DVORAK, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 26th day of October, 2010, upon consideration of the Revised Motions to Dismiss of Defendants Alison Dvorak (Doc. No. 34) and Richard Dvorak (Doc. No. 37) and Plaintiff's response in opposition thereto (Docs. Nos. 42, 43), and for the reasons set forth in the attached Memorandum, it is hereby ORDERED that the Motions are GRANTED and the Complaint as against these Defendants is DISMISSED without prejudice to any right of Plaintiff to refile in an appropriate forum.

It is FURTHER ORDERED that the Motions to Dismiss of Defendants Alison Dvorak (Doc. No. 5) and Richard Dvorak (Doc. No. 6) are DENIED as moot.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J.